UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 8:09-CR-543-T-17MAP

WILLIAM BRISCOE.

_____/

ORDER

This cause is before the Court on:

Dkt. 187    Construed Motion for Designation to BOP

Defendant William Briscoe, pro se, has inquired as to Defendant's designation to the BOP, as Defendant Briscoe's supervised release was revoked on June 28, 2019, and Defendant Briscoe was sentenced to a term of 18 months imprisonment, with credit for time served to be calculated by the BOP. (Dkt. 186).

A certified copy of the Judgment for revocation of supervised release (Dkt. 186) was provided to the U.S. Marshal. The Court has verified that the U.S. Marshal has requested designation, and expects that Defendant Briscoe will be designated on or around September 4, 2019. Accordingly, it is

**ORDERED** that pro se Defendant William Briscoe's Construed Motion for Designation to BOP (Dkt. 187) is **denied without prejudice.**

Case No. 8:09-CR=543-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 28th day of August, 2019.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
U.S. Marshal

<u>Pro Se</u> Defendant:

William Briscoe
Reg. No. 51339-018
Citrus County Detention Facility
2604 W. Woodland Ridge Dr.
Lecanto, FL          34461

2